ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775 (Telephone)
(702) 228-7719 (Facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAYLOR SOMMER, individually; TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased, | |
| Plaintiffs, | Case No.:   2:23-cv-01682-GMN-NJK |
| vs. | |
| CITY OF LAS VEGAS, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KEVIN McMAHILL, individually and as a policy maker and Sheriff of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SERGEANT GERALD BAGAPORO, individually and in his official capacity; SERGEANT JEFFREY BLUM, individually and in his official capacity; OFFICER ANDREW GARCIA, individually and in his official capacity; OFFICER JOSEPH ORTEGA, individually and in his official capacity; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT SUPERVISORS I through X, inclusive; ROE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS XI through XX, inclusive, | **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL DISMISSAL [ECF #6] (SECOND REQUEST)** |
| Defendants. | |

COMES NOW, Plaintiff, TAYLOR SOMMER, individually, and TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased (*collectively, "Plaintiffs"*), and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN McMAHILL; SERGEANT GERALD BAGAPORO; SERGEANT JEFFREY BLUM; OFFICER ANDREW GARCIA; and OFFICER JOSEPH ORTEGA (*collectively, "Defendants"*) by and through their undersigned counsel of record, and hereby stipulate and agree as follows:

1. The Defendants hereto filed a Motion for Partial Dismissal on November 7, 2023 [ECF #6].

2. On November 17, 2023, the parties submitted a stipulation to extend the due date for the Plaintiff's Opposition until December 8, 2023. [ECF #9]. Said stipulation was granted on the same date. [ECF #10].

3. In addition to the Thanksgiving holiday and the family obligations associated therewith, Plaintiff's counsel has been required to prepare for a Business Court trial that commences on Monday, December 11, 2023. Preparation for this trial has been extremely time consuming and has taken significantly longer than anticipated.

4. Based upon the foregoing, Plaintiffs' counsel has requested and shall be granted an additional extension of time in which to respond to Defendants' Motion to Dismiss until December 18, 2023.

//
//
//
//
//

2

5. This Stipulation is made in good faith and not for purpose of delay.

DATED this 6th day of December, 2023.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | MARQUIS & AURBACH |
|---|---|
| /s/ *Timothy E. Rhoda* | /s/ *Craig R. Anderson* |
| ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 West Charleston Blvd., #67<br>Las Vegas, Nevada 89102<br>702-254-7775<br>croteaulaw@croteaulaw.com<br>*Attorney for Plaintiffs* | CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>702-382-0711<br>canderson@maclaw.com<br>*Attorney for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated this   8   day of December, 2023,

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___7th___ day of December, 2023, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL DISMISSAL [ECF #6] (SECOND REQUEST)** to the following parties:

Craig R. Anderson
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
702-382-5816 (fax)
canderson@maclaw.com
***Attorney for Defendants***

/s/  *Timothy E. Rhoda*
An employee or agent of ROGER P. CROTEAU & ASSOCIATES, LTD.
*Attorneys for Plaintiffs*

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775  • Facsimile (702) 228-7719