ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775 (Telephone)
(702) 228-7719 (Facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

TAYLOR SOMMER, individually; TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased,

    Plaintiffs,

vs.

CITY OF LAS VEGAS, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KEVIN McMAHILL, individually and as a policy maker and Sheriff of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SERGEANT GERALD BAGAPORO, individually and in his official capacity; SERGEANT JEFFREY BLUM, individually and in his official capacity; OFFICER ANDREW GARCIA, individually and in his official capacity; OFFICER JOSEPH ORTEGA, individually and in his official capacity; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT SUPERVISORS I through X, inclusive; ROE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS XI through XX, inclusive,

    Defendants.

Case No.:   2:23-cv-01682-GMN-NJK

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT [ECF #32] (FIRST REQUEST)**

1

COMES NOW, Plaintiff, TAYLOR SOMMER, individually, and TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased (*collectively, "Plaintiffs"*), and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN McMAHILL; SERGEANT GERALD BAGAPORO; SERGEANT JEFFREY BLUM; OFFICER ANDREW GARCIA; and OFFICER JOSEPH ORTEGA (*collectively, "Defendants"*) by and through their undersigned counsel of record, and hereby stipulate and agree as follows:

1. The Defendants hereto filed a Motion for Summary Judgment on January 10, 2025 [ECF #32]. A response to said Motion is presently due on or about January 31, 2025.

2. Plaintiff's counsel has a number of other work obligations which have greatly reduced the time available to respond to the subject motion.

3. Based upon the foregoing, Plaintiffs' counsel has requested and shall be granted an extension of time in which to respond to Defendants' Motion for Summary Judgment until February 14, 2025.

4. The requested extension should not interfere with the parties' ability to complete briefing in advance of the settlement conference that is scheduled to take place on March 24, 2025 [ECF #35].

//
//
//
//
//
//
//
//

5. This Stipulation is made in good faith and not for purpose of delay.

DATED this 29th day of January, 2025.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | MARQUIS & AURBACH |
|---|---|
| /s/ *Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 West Charleston Blvd., #67 <br> Las Vegas, Nevada 89102 <br> 702-254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Plaintiffs* | /s/ *Craig R. Anderson* <br> CRAIG R. ANDERSON, ESQ. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> 702-382-0711 <br> canderson@maclaw.com <br> *Attorney for Defendants* |

**IT IS SO ORDERED:**

Dated this __30__ day of January, 2025.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___17th___ day of January, 2025, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT [ECF #32] (FIRST REQUEST)** to the following parties:

Craig R. Anderson
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
702-382-5816 (fax)
canderson@maclaw.com
***Attorney for Defendants***

/s/  *Timothy E. Rhoda*
An employee or agent of ROGER P. CROTEAU & ASSOCIATES, LTD.
*Attorneys for Plaintiffs*