ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775 (Telephone)
(702) 228-7719 (Facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAYLOR SOMMER, individually; TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOE LOMARDO, individually and as a policy maker and Sheriff of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SERGEANT GERALD BAGAPORO, individually and in his official capacity; SERGEANT JEFFREY BLUM, individually and in his official capacity; OFFICER ANDREW GARCIA, individually and in his official capacity; OFFICER JOSEPH ORTEGA, individually and in his official capacity; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT SUPERVISORS I through X, inclusive; ROE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS XI through XX, inclusive,<br><br>Defendants. | Case No.:   2:23-cv-01682-GMN-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE PROPOSED JOINT PRETRIAL ORDER (SECOND REQUEST)** |

1

COMES NOW, Plaintiff, TAYLOR SOMMER, individually, and TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased (*collectively, "Plaintiffs"*), and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOE LOMBARDO; SERGEANT GERALD BAGAPORO; SERGEANT JEFFREY BLUM; OFFICER ANDREW GARCIA; and OFFICER JOSEPH ORTEGA (*collectively, "Defendants"*) by and through their undersigned counsel of record, and hereby stipulate and agree as follows:

1. Pursuant to this Court's Order dated April 22, 2025, the parties hereto were directed to submit a Joint Pretrial Order ("JPTO") within 30 days, on or before May 23, 2025.

2. On May 22, 2025, the parties submitted a stipulation requesting an extension of time until June 20, 2025, to submit the JPTO. [ECF #47]. Said Stipulation was approved on May 23, 2025. [ECF #48].

3. The parties continue to draft JPTO but have been unable to complete it to date for various reasons, including their respective schedules; various other work obligations, including the appellate briefs mentioned in the prior stipulation; and certain medical appointments on the part of Plaintiff's counsel.

4. Based upon the foregoing, the parties respectfully request an extension of time in which to submit the JPTO until July 11, 2025.

//
//
//
//
//
//

5. This Stipulation is made in good faith and not for purpose of delay.

DATED this 23rd day of June, 2025.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | MARQUIS & AURBACH |
|---|---|
| /s/ *Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 West Charleston Blvd., #67 <br> Las Vegas, Nevada 89102 <br> 702-254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Plaintiffs* | /s/ *Craig R. Anderson* <br> CRAIG R. ANDERSON, ESQ. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> 702-382-0711 <br> canderson@maclaw.com <br> *Attorney for Defendants* |

Dated this 25 day of June, 2025.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE