ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775 (Telephone)
(702) 228-7719 (Facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAYLOR SOMMER, individually; TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LAS VEGAS, NEVADA, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOE LOMARDO, individually and as a policy maker and Sheriff of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SERGEANT GERALD BAGAPORO, individually and in his official capacity; SERGEANT JEFFREY BLUM, individually and in his official capacity; OFFICER ANDREW GARCIA, individually and in his official capacity; OFFICER JOSEPH ORTEGA, individually and in his official capacity; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT SUPERVISORS I through X, inclusive; ROE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-01682-GMN-NJK <br><br> **STIPULATION TO EXTEND TIME TO FILE PROPOSED JOINT PRETRIAL ORDER (THIRD REQUEST)** |

COMES NOW, Plaintiff, TAYLOR SOMMER, individually, and TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased (*collectively, "Plaintiffs"*), and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOE LOMBARDO; SERGEANT GERALD BAGAPORO; SERGEANT JEFFREY BLUM; OFFICER ANDREW GARCIA; and OFFICER JOSEPH ORTEGA (*collectively, "Defendants"*) by and through their undersigned counsel of record, and hereby stipulate and agree as follows:

1. Pursuant to this Court's Order dated April 22, 2025, the parties hereto were directed to submit a Joint Pretrial Order ("JPTO") within 30 days, on or before May 23, 2025.

2. On May 22, 2025, the parties submitted a stipulation requesting an extension of time until June 20, 2025, to submit the JPTO. [ECF #47]. Said Stipulation was approved on May 23, 2025. [ECF #48].

3. On June 23, 2025, the parties submitted a second stipulation requesting an extension of time until July 11, 2025, to submit the JPTO. [ECF #49]. Said stipulation was approved on June 25, 2025. [ECF #50].

4. The parties have drafted and exchanged the JPTO but are continuing to revise and finalize it. The parties have been unable to complete it to date for various reasons, including their respective schedules and various other work obligations. Specifically, Mr. Croteau, the Plaintiff's trial attorney, has been engaged in trial preparation and discovery in other matters which have occupied most of his time.

5. Based upon the foregoing, the parties respectfully request an additional extension of time in which to submit the JPTO until July 18, 2025. The parties expect this to be the final extension requested.

//

6. This Stipulation is made in good faith and not for purpose of delay.

DATED this 10th day of July, 2025.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | MARQUIS & AURBACH |
|---|---|
| /s/ *Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 West Charleston Blvd., #67 <br> Las Vegas, Nevada 89102 <br> 702-254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Plaintiffs* | /s/ *Craig R. Anderson* <br> CRAIG R. ANDERSON, ESQ. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> 702-382-0711 <br> canderson@maclaw.com <br> *Attorney for Defendants* |

**IT IS SO ORDERED:**
Dated this 14 day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

3