**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Sheriff Kevin McMahill, Sgt. Bagaporo, Sgt. Blum, Ofc. Garcia and Ofc. Ortega

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR SOMMER, individually; TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased,<br><br>                                   Plaintiff,<br><br>        vs.<br><br>CITY OF LAS VEGAS, NEVADA a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KEVIN MCMAHILL, individually and as a policy maker and Sheriff of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SERGEANT GERALD BAGAPORO, individually and in his official capacity; SERGEANT JEFFREY BLUM, individually and in his official capacity; OFFICER ANDREW GARCIA, individually and in his official capacity; OFFICER JOSEPH ORTEGA, individually and in his official capacity; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT SUPERVISORS I through X, inclusive and ROE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS XII through XX, inclusive,<br><br>                                   Defendants. | Case Number: 2:23-cv-01682-GMN-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**(FIRST REQUEST)** |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada  89145
(702) 382-0711  FAX:  (702) 382-5816

MAC: 14687-411 (#6234083.1)

Pursuant to this Court's January 28, 2026, email regarding the Court's trial availability, Plaintiff Taylor Sommer, individually and as the Administrator of the Estate of Reiner Shawn Sommer, deceased ("Plaintiffs"), and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sgt. Bagaporo, Sgt. Blum, Ofc. Garcia and Ofc. Ortega ("LVMPD Defendants"), by and through the undersigned counsel, hereby stipulate to move the current trial date of March 9, 2026.  (ECF No. 54)

The parties have conferred and are available for trial:

1.  The week of August 10, 2026;

2.  The week of October 5, 2026; and

3.  The week of October 12, 2026.

This stipulation is made in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 29th day of January, 2026.

| MARQUIS AURBACH | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| By: *s/Craig R. Anderson* | By:  *s/Timothy E. Rhoda* |
| Craig R. Anderson, Esq. | Roger P. Croteau, Esq. |
| Nevada Bar No. 6882 | Nevada Bar No. 4958 |
| 10001 Park Run Drive | Timothy E. Rhoda, Esq. |
| Las Vegas, Nevada 89145 | Nevada Bar No. 7878 |
| Attorneys for Defendants LVMPD, | 2810 West Charleston Blvd., #67 |
| Sheriff Kevin McMahill, Sgt. Bagaporo, | Las Vegas, Nevada 89102 |
| Sgt. Blum, Ofc. Garcia and Ofc. Ortega | Attorney for Plaintiffs |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC: 14687-411 (#6234083.1)

**ORDER**

IT IS SO ORDERED that the above Stipulation is hereby granted. The calendar call is continued to 9/22/2026 at 9:00 a.m. and the trial date is continued to 10/5/2026 at 8:30 a.m. .

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 29, 2026 _____

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 2 of 2

MAC: 14687-411 (#6234083.1)