**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Sheriff Kevin McMahill, Sgt. Bagaporo, Sgt. Blum,
  Ofc. Garcia and Ofc. Ortega

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR SOMMER, individually; TAYLOR SOMMER, as the Administrator of the ESTATE OF REINER SHAWN SOMMER, deceased,<br><br>                              Plaintiff,<br><br>        vs.<br><br>CITY OF LAS VEGAS, NEVADA a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KEVIN MCMAHILL, individually and as a policy maker and Sheriff of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SERGEANT GERALD BAGAPORO, individually and in his official capacity; SERGEANT JEFFREY BLUM, individually and in his official capacity; OFFICER ANDREW GARCIA, individually and in his official capacity; OFFICER JOSEPH ORTEGA, individually and in his official capacity; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT SUPERVISORS I through X, inclusive and ROE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS XII through XX, inclusive,<br><br>                              Defendants. | Case Number: 2:23-cv-01682-GMN-NJK<br><br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-411 (#6304095.1)

IT IS HEREBY STIPULATED between Plaintiff Taylor Sommer, individually and as the Administrator of the Estate of Reiner Shawn Sommer, deceased ("Plaintiffs"), by and through their attorneys of record, Roger P. Croteau & Associates, Ltd. and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sgt. Bagaporo, Sgt. Blum, Ofc. Garcia and Ofc. Ortega ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, that the above-referenced matter be dismissed with prejudice;

IT IS FURTHER STIPULATED that the calendar call scheduled for September 22, 2026 be vacated;

IT IS FURTHER STIPULATED the jury trial scheduled for October 5, 2026 be vacated; and

IT IS FURTHER STIPULATED all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 9th day of April, 2026.

MARQUIS AURBACH

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: *s/Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants LVMPD,
    Sheriff Kevin McMahill, Sgt. Bagaporo,
    Sgt. Blum, Ofc. Garcia and Ofc. Ortega

By:   *s/Roger P. Croteau*
    Roger P. Croteau, Esq.
    Nevada Bar No. 4958
    Timothy E. Rhoda, Esq.
    Nevada Bar No. 7878
    2810 West Charleston Blvd., #67
    Las Vegas, Nevada 89102
    Attorney for Plaintiffs

## **ORDER**

IT IS HEREBY ORDERED the above-referenced matter be dismissed with prejudice;

IT IS FURTHER ORDERED the calendar call scheduled for September 22, 2026 be vacated;

IT IS FURTHER ORDERED the jury trial scheduled for October 5, 2026 be vacated; and

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 1 of 2

MAC: 14687-411 (#6304095.1)

IT IS FURTHER ORDERED all parties bear their own attorney fees and costs.

DATED this __9__ day of April, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX:  (702) 382-5816

MAC: 14687-411 (#6304095.1)